UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE SPOT LLC,

    Plaintiff/Counter-Defendant,

v.                                                 Case No. 23-cv-11603
                                                Honorable Linda V. Parker

GPM EMPIRE, LLC,

    Defendant/Counter-Plaintiff,
_____/

### OPINION AND ORDER GRANTING MOTION TO WITHDRAW

Pending before the Court is a motion to withdraw filed by counsel for Plaintiff/Counter Defendant Mike Spot LLC ("Mike Spot"): Dennis Harris of Garratt & Bachand and the Law Office of Dennis J. Harris, PLLC and Donald R. Bachand, III of Dawda, Mann, Mulcahy & Sadler, PLC. (ECF No. 47.) The stated basis for the motion is a breakdown in communication. Counsel provided a copy of the motion to Mike Spot.

On today's date, the Court held a hearing on counsel's motion to withdraw. Counsel for both parties were present at the hearing. A representative of Mike Spot did not appear. Mike Spot's counsel represented that Mike Spot does not oppose the motion.

The Court finds good cause for Mike Spot's counsel to withdraw and that such withdrawal can be accomplished without material adverse effect on Mike

Spot's interests. See Mich. R. Prof'l Conduct 1.16. Therefore, the Court is granting counsel's motion. The Court is staying the proceeding for 30 days to allow Mike Spot the opportunity to retain new counsel.

The Court warns Mike Spot that, as a corporate entity, it cannot proceed in this matter without an attorney. *See, e.g., Rowland v. California Men's Colony*, 506 U.S. 194, 201-202 (1993) (citing cases); *Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984) (citations omitted). When a corporation declines to hire counsel to represent it, the court may properly dismiss the corporate entity's claims, if it is a plaintiff, or strike its defenses, if it is a defendant. *Greater Southeast Cmty. Hosp. Found., Inc. v. Potter*, 586 F.3d 1, 5 (D.C. Cir. 2009) (citing *Donovan v. Road Rangers Country Junction, Inc.*, 736 F.2d 1004, 1005 (5th Cir. 1984) and *Strong Delivery Ministry Ass'n v. Bd. of Appeals of Cook Cnty.*, 543 F.2d 32, 33 (7th Cir. 1976)).

Accordingly,

**IT IS ORDERED** that the counsel's motion to withdraw (ECF No. 47) is **GRANTED** and Dennis Harris and his firm Garratt & Bachand and the Law Office of Dennis J. Harris, PLLC and Donald R. Bachand, III and Dawda, Mann, Mulcahy & Sadler, PLC are terminated as counsel.

**IT IS FURTHER ORDERED** that this matter is **STAYED** for 30 days to allow Mike Spot to retain new counsel, who shall file a written appearance on the docket on or before October 24, 2025.

**IT IS FURTHER ORDERED** that Mike Spot's failure to retain counsel and for counsel to enter a written appearance within 30 days of this Opinion and Order will result in Mike Spot's claims being dismissed and defenses being stricken without further notice of the Court, and the Court will conduct further proceedings in its absence in accordance with the law.

**IT IS FURTHER ORDERED** that counsel shall serve a copy of this Opinion and Order on Mike Spot and file proof of service with the Court within seven (7) days.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: September 24, 2025